People v Hoving (2024 NY Slip Op 51280(U))

[*1]

People v Hoving (Samuel)

2024 NY Slip Op 51280(U)

Decided on September 16, 2024

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on September 16, 2024
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: Hagler, P.J., Brigantti, Tisch, JJ.

570167/18

The People of the State of New York, Respondent,
against
Samuel Hoving, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Kate Paek, J.), rendered February 16, 2018, after a nonjury trial, convicting him of attempted criminal mischief in the fourth degree, and imposing sentence.

Per Curiam.
Judgment of conviction (Kate Paek, J.), rendered February 16, 2018, affirmed.
The verdict was supported by legally sufficient evidence and was not against the weight of the evidence (see People v Danielson, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the court's credibility determinations and its assessment of a video recording of the incident. The evidence established that defendant intentionally attempted to damage the property of another (see Penal Law §§ 110.00/145.00) by rubbing transparent glue on the keypad buttons of the intercom system in his apartment building, causing it to stop working and resulting in approximately $3,127 in damages. 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur 
Decision Date: September 16, 2024